PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $17,858.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:21-MC-00068-TLN-KJN<br><br>NOTICE OF ELECTION |

NOTICE IS HEREBY GIVEN that the United States has elected to add the Approximately $17.858.00 in U.S. Currency to criminal case *U.S. v. Michael Garcia, et al.* (2:20-CR-00181-JAM). Accordingly, this miscellaneous case may be closed.

Dated:   7/14/2021                                      PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                              By:   /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

1